IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA     :
:
:
v.                           :    Crim. No.: 07-707-001
:
:
Erika Tabor,                 :
:
Defendant.                   :

**ORDER**

AND NOW, this 5 day of May, 2008, upon motion of the defendant, Erika Tabor, for an order postponing her surrender date, and the United States Attorney for the District of New Jersey (by Jenny Kramer, Esq., Assistant United States Attorney), having consented to the request, and good cause having been shown, it is hereby ORDERED:

1. That defendant's surrender date be postponed from May 21, 2008 to September 2, 2008; and

2. That the United States Probation Office and the United States Marshal's Service shall notify the Federal Bureau of Prisons of the change in the defendant's surrender date.

Honorable Stanley R. Chesler
United States District Judge